UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 07-40214 |
| | Chapter 13 |
| JASON LOREN TRAMP | |
| | ORDER GRANTING GREEN TREE |
| and | SERVICING LLC RELIEF FROM |
| | THE AUTOMATIC STAY AND |
| ANDREA JILL TRAMP | COMPELLING ABANDONMENT OF |
| f/k/a Andrea Jill Parry, | CERTAIN PERSONAL PROPERTY |
| Debtors. | |

Upon consideration of the Motion for Relief From the Automatic Stay and Motion to Compel Abandonment (doc. 17) filed by Green Tree Servicing LLC and the record before the Court, and it appearing no timely objection to the motion was filed after appropriate notice, and for cause shown; now, therefore,

IT IS HEREBY ORDERED Green Tree Servicing LLC is granted relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interests in the following personal property:

  1998 Prince craft boat Serial No. ZZA90091C898;
  1998 Trailer Serial No. 2REA3S7A0W2Y49864;
  1998 Evinrude Outboard Motor; and
  1998 Minnkota Electric Motor.

IT IS FURTHER ORDERED Debtors, as the debtors in possession, shall abandon the above-described personal property from the bankruptcy estate. This Order shall constitute the notice that Debtors have abandoned the subject property in compliance with this Order.

IT IS FURTHER ORDERED the ten-day stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived, and this Order is effective upon entry.

So ordered: August 29, 2007

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota