210B (10/06)

# United States Bankruptcy Court

District of South Dakota
Case No. 07-40214
Chapter 13

In re:

| | |
|---|---|
| Jason Loren Tramp<br>313 Locust St.<br>Yankton SD 57078 | Andrea Jill Tramp<br>313 Locust St.<br>Yankton SD 57078 |

## NOTICE OF TRANSFER OF CLAIM

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this Court on 12/10/2008.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 18: LVNV Funding LLC assignee of Citibank, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the Court within twenty (20) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date:  12/12/08

Frederick M. Entwistle
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: ckram              Page 1 of 1              Date Rcvd: Dec 10, 2008
Case: 07-40214                Form ID: trc             Total Served: 1
```

The following entities were served by first class mail on Dec 12, 2008.
  NO NOTICES MAILED.

The following entities were served by electronic transmission on Dec 10, 2008.
834813          E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC assignee of Citibank,   c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2008**                    Signature:    _Joseph Speetjens_